# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LEWIS BRANNEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:13-CV-556-VEH |
| | ) |
| **PREMIERE CREDIT OF NORTH AMERICA, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE WITH PREJUDICE

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice (doc. 15). Therefore, the court hereby **ORDERS** that this action and all claims contained herein are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this the 12th day of December, 2013.

**VIRGINIA EMERSON HOPKINS**
United States District Judge